130 P.3d 1068

# SUPREME COURT OF HAWAI'I

Black v. Pollack .................................. 25725    03/21/2006   Vacated, remanded & affirmed